## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AMERICAN HUMANIST** ) <br> **ASSOCIATION, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **JOSEPH NORWOOD, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____) | **CIVIL ACTION** <br><br> **No. 17-2554-KHV** |

### MEMORANDUM AND ORDER

On September 20, 2017, plaintiffs filed this action against defendants, seeking damages under 42 U.S.C. § 1983. Complaint (Doc. #1). On December 15, 2017, defendants filed Defendants' Motion To Dismiss, Or In The Alternative, Motion For Summary Judgment (Doc. #11) which asserts that plaintiffs failed to exhaust administrative remedies. On December 28, 2017, plaintiffs filed a notice for Voluntary Dismissal Without Prejudice (Doc. #13) pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.

Under Rule 41(a)(1)(A)(i), plaintiffs can voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because defendants moved for summary judgment before plaintiffs filed their notice of dismissal, the Court overrules plaintiffs' dismissal pursuant to Rule 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that plaintiffs' Voluntary Dismissal Without Prejudice (Doc. #13) filed December 28, 2017 is **OVERRULED**. Plaintiffs may seek voluntary dismissal under Rule 41(a)(1)(A)(ii) with defendants' consent.

Dated this 2nd day of January, 2018 at Kansas City, Kansas.

 s/ Kathryn H. Vratil
 Kathryn H. Vratil
 United States District Judge